```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUANE PETTY,

       Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

19-CV-8926 (KPF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In a Scheduling Order dated December 17, 2019 (Dkt. No. 11), the Court directed the Commissioner to file the electronic certified transcript of plaintiff's underlying administrative proceedings (e-CAR), no later than 90 days after the Commissioner was served with process in this action; directed counsel for plaintiff to send a written proposal for settlement to counsel for the Commissioner no later than 30 days after the Commissioner filed the e-CAR; and directed the parties to file either a stipulation dismissing, remanding, or otherwise resolving the case, or a joint letter advising the Court that the parties were unable to resolve the case and would proceed to brief their respective positions on the schedule provided in the Scheduling Order, no later than 30 days after plaintiff's written proposal for settlement.

    The Commissioner filed the e-CAR on March 5, 2020. (Dkt. No. 13.) Notwithstanding the passage of 67 days since, the parties have not filed either a stipulation or joint letter as required by the Scheduling Order. No later than **May 15, 2020**, the parties shall file a joint letter updating the Court on the status of their compliance with the Scheduling Order and, if necessary, requesting reasonable extensions of the deadlines set forth therein.

Dated: New York, New York
       May 12, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**