UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUANE PETTY,

    Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

19-CV-8926 (BCM)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/20
```

**BARBARA MOSES, United States Magistrate Judge.**

By Order dated December 17, 2019 (Dkt. No. 11), the Court directed, among other things, that: (1) the plaintiff send a written proposal for settlement no later than 30 days after the Commissioner filed the e-CAR, and (2) the parties file either a stipulation dismissing, remanding, or otherwise resolving the case, or a joint letter advising the Court that the parties were unable to resolve the case, no later than 30 days after plaintiff submits a written proposal for settlement. The Commissioner filed the e-CAR on March 5, 2020 (Dkt. No. 13), and more than two months passed without any stipulation or letter filed with the Court. By Order dated May 12, 2020 (Dkt. No. 14), the Court directed the parties to file a joint letter, no later than May 15, 2020, updating the Court on the status of their compliance with the Court's December 17, 2019 Scheduling Order. On the same day, the Court granted defendant's request for an extension to file a stipulation or joint letter no later than June 4, 2020. (Dkt. No. 16.) The parties have not yet filed a stipulation of remand nor a letter updating the Court.

No later than **June 12, 2020**, the parties shall file a joint letter updating the Court on the status of their compliance with the Court's orders.

Dated: New York, New York
      June 9, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**