CHRISTOPHER JAMES BOWES, ESQ
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax:  (631) 929-1700
      CJB-8865
Attorney for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
DUANE PETTY,                                : NOTICE OF
                                              FOR ATTORNEYS FEES
                Plaintiff,                  : PURSUANT TO
                                              28 U.S.C. § 2412
                                            :
        -against-                             19-Civ-8926(BCM)
                                            :

ANDREW M. SAUL,                             :
COMMISSIONER OF SOCIAL SECURITY,
                                            :
                Defendant.
-------------------------------------------X

PLEASE TAKE NOTICE that upon the accompanying Declaration of Christopher James Bowes, dated October 28, 2020, plaintiff will move this Court before the Honorable Barbara C. Moses, United States Magistrate Judge presiding, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, on submission, for an order:

(1) Accepting plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), as timely filed; and

(2) Granting plaintiff leave to defer filing a memorandum of law in support of her application for fees for a period of 60

days to permit the parties an opportunity to reach settlement of the fee issue; and

    (3)  for such other and further relief as this Court may deem just and proper.

Dated:    Shoreham, New York
           October 28, 2020

                                      Respectfully submitted,

*/s/Christopher James Bowes*
CHRISTOPHER JAMES BOWES, ESQ.
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax:  (631) 979-1700
    CJB-8865
Attorney for Plaintiff


To:  United States Attorney for the
    Southern District of New York
BY:  Amanda Parsels, Esq.
    Assistant U.S. Attorney
    86 Chambers Street
    New York, New York 10007
    Attorneys for Defendant

---

Application GRANTED. Plaintiff is granted leave to defer filing a memorandum of law in support of his application for fees until **December 30, 2020**. SO ORDERED.

Barbara Moses, U.S.M.J.
October 30, 2020